JOHN SCHREYER, Respondent, *v.* THORNDIKE SAUNDERS, Appellant, Impleaded with Others.

*Schreyer* v. *Saunders*, 38 App. Div. 627, affirmed.
(Argued December 18, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 25, 1899, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Thorndike Saunders* for appellant.

*Alexander Thain* and *Burton Thompson Beach* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Absent: GRAY, J. Not sitting: CULLEN, J.

---

JULIA O'BRIEN, Appellant, *v.* THE BUFFALO TRACTION COMPANY, Respondent.

*O'Brien* v. *Buffalo Traction Co.*, 31 App. Div. 632, affirmed.
(Argued December 19, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 18, 1898, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Frank M. Loomis* for appellant.

*J. H. Metcalf* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.